AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | NINTH CIRCUIT COURT OF APPEALS | 07/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS
125 S. GRAND AVENUE
PASADENA, CA 91105

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | ▨ |
| 2. | Board member | ▨ |
| 3. | Advisory member | ▨ |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiBank | Line of Credit | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROTH IRA | | | | | | | | | |
| 2. CAPITAL GROUP (formerly American Funds) CORE BOND FUND | D | Dividend | N | T | | | | | |
| 3. CAPITAL GROUP (formerly American Funds) WORLD GROWTH & INCOME FD CL F2 | E | Dividend | O | T | | | | | |
| 4. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | D | Dividend | O | T | Sold (part) | 01/25/13 | J | A | |
| 5. | | | | | Sold (part) | 04/25/13 | J | A | |
| 6. | | | | | Sold (part) | 07/25/13 | J | A | |
| 7. | | | | | Sold (part) | 10/24/13 | J | A | |
| 8. SSGA US Gov Money Market Fund | A | Dividend | J | T | | | | | |
| 9. Schwab Pension Acct (IRA) | | | | | | | | | |
| 10. Abbott Labs Com Stock | A | Dividend | K | T | Buy | 09/09/13 | J | | Abbvie spinoff from Abbott |
| 11. Abbvie | A | Dividend | K | T | Spinoff (from line 10) | 01/02/13 | K | | Spinoff from Abbott |
| 12. American Express Com Stock | A | Dividend | K | T | | | | | |
| 13. Apache Corp Com Stock | A | Dividend | K | T | | | | | |
| 14. Apple Corp Com Stock | A | Dividend | K | T | | | | | |
| 15. Barrick Gold Corp | A | Dividend | | | Sold | 10/30/13 | J | | |
| 16. Berkshire Hathaway | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BHP Billiton Com Stock | A | Dividend | K | T | | | | | |
| 18. Blackrock Inc Com Stock | B | Dividend | K | T | | | | | |
| 19. Broadcom Corp Com Stock | A | Dividend | | | Sold | 10/24/13 | J | | |
| 20. Cerner Corp Com Stock | | None | K | T | | | | | |
| 21. Chevron Corp Com Stock | B | Dividend | K | T | | | | | |
| 22. Citicorp | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 23. Colgate-Palmolive Com Stock | A | Dividend | K | T | | | | | |
| 24. Conocophillips Com Stock | B | Dividend | K | T | Buy | 02/05/13 | J | | |
| 25. Cummins Inc. | A | Dividend | K | T | | | | | |
| 26. CVS Caremark | A | Dividend | K | T | Buy | 09/27/13 | K | | |
| 27. Danaher Corp Com Stock | A | Dividend | K | T | Sold (part) | 09/24/13 | J | D | |
| 28. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 29. DuPont Co Com Stock | A | Dividend | K | T | | | | | |
| 30. EMC Corp Com Stock | A | Dividend | K | T | | | | | |
| 31. GE Com Stock | B | Dividend | K | T | Sold (part) | 10/30/13 | J | C | |
| 32. Google Inc Com Stock | | None | K | T | Sold (part) | 09/24/13 | J | C | |
| 33. IBM Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 35. Intuit Inc | A | Dividend | K | T | | | | | |
| 36. JP Morgan Chase Com Stock | A | Dividend | K | T | | | | | |
| 37. Lowes Companies | A | Dividend | K | T | Sold (part) | 09/24/13 | K | D | |
| 38. Mead Johnson | A | Dividend | | | Sold | 05/21/13 | K | C | |
| 39. Merck & Co Com Stock | B | Dividend | K | T | | | | | |
| 40. Nextera Energy | B | Dividend | K | T | Sold (part) | 10/30/13 | J | C | |
| 41. Nike Inc Com Stock | A | Dividend | K | T | | | | | |
| 42. Novo - Nordisk | A | Dividend | K | T | Buy | 05/24/13 | K | | |
| 43. Oracle Corp | A | Dividend | K | T | | | | | |
| 44. Pepsico Inc Com Stock | B | Dividend | K | T | | | | | |
| 45. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 46. Qualcomm Inc. Com Stock | A | Dividend | K | T | | | | | |
| 47. Roche Hldg Ltd | B | Dividend | K | T | Sold (part) | 02/25/13 | J | C | |
| 48. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 49. Sempra Energy Com Stock | B | Dividend | K | T | Sold (part) | 10/30/13 | J | D | |
| 50. Target Corp Com Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Teva Pharm ADR Com Stock | A | Dividend | | | Sold | 09/24/13 | K | A | |
| 52. Union Pacific Corp Com Stock | A | Dividend | K | T | Sold (part) | 09/24/13 | J | C | |
| 53. Verizon Com Stock | B | Dividend | K | T | | | | | |
| 54. 1 Shares MSCI Brazil Index | A | Dividend | | | Sold | 09/24/13 | J | | |
| 55. 1Shares MSCI Index Fund | D | Dividend | M | T | Sold (part) | 10/30/13 | K | C | |
| 56. 1Shares Small Cap Index Fund | B | Dividend | L | T | Sold (part) | 10/30/13 | K | D | |
| 57. Vanguard Emerging Market Fund | B | Dividend | L | T | Buy | 11/04/13 | K | | |
| 58. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 59. ABBIVIE INC | A | Dividend | K | T | Buy | 07/12/13 | J | | |
| 60. | | | | | Buy | 07/15/13 | J | | |
| 61. | | | | | Buy | 12/20/13 | J | | |
| 62. ACCENTURE PLC US$ | A | Dividend | K | T | | | | | |
| 63. ACE LTD | A | Dividend | L | T | Buy | 12/10/13 | J | | |
| 64. | | | | | Buy | 12/11/13 | J | | |
| 65. | | | | | Sold (part) | 02/11/13 | J | B | |
| 66. AFLAC INC | A | Dividend | | | Sold (part) | 03/15/13 | J | B | |
| 67. | | | | | Sold (part) | 03/18/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 04/26/13 | J | B | |
| 69.  AGILENT TECHNOLOGIES INC | A | Dividend | | | Sold | 08/02/13 | J | D | |
| 70.  AIR PRODUCTS & CHEMICALS | B | Dividend | L | T | | | | | |
| 71.  ALEGHENY TECHNOLOGIES INC | A | Dividend | K | T | Buy | 06/26/13 | J | | |
| 72. | | | | | Buy | 06/27/13 | J | | |
| 73.  ALLERGAN INC | A | Dividend | K | T | Sold (part) | 06/03/13 | J | D | |
| 74. | | | | | Sold (part) | 06/04/13 | J | D | |
| 75. | | | | | Sold (part) | 06/06/13 | J | C | |
| 76.  AMERICAN TOWER CORP | A | Dividend | L | T | Buy | 11/01/13 | J | | |
| 77.  AON PLC | A | Dividend | K | T | | | | | |
| 78.  APPLE INC | B | Dividend | L | T | Buy | 02/08/13 | J | | |
| 79.  AUTOMATIC DATA PROCESSING INC | A | Dividend | K | T | Buy | 08/13/13 | J | | |
| 80. | | | | | Buy | 08/14/13 | J | | |
| 81. | | | | | Buy | 09/06/13 | J | | |
| 82.  AVAGO TECHNOLOGIES LTD | A | Dividend | K | T | Buy | 10/21/13 | J | | |
| 83. | | | | | Buy | 10/22/13 | J | | |
| 84.  BARRICK GOLD | A | Dividend | | | Sold (part) | 06/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold | 09/18/13 | J | A | |
| 86. BAY AREA TOLL AUTH 06C2 CA VAR 04/01/45 | C | Interest | M | T | | | | | |
| 87. BB & T CORP | B | Dividend | L | T | | | | | |
| 88. B/E AEROSPACE | | None | L | T | Buy | 07/09/13 | J | | |
| 89. | | | | | Buy | 07/10/13 | J | | |
| 90. | | | | | Buy | 07/11/13 | J | | |
| 91. | | | | | Buy | 07/18/13 | J | | |
| 92. | | | | | Buy | 07/22/13 | J | | |
| 93. BEAM INC | A | Dividend | L | T | | | | | |
| 94. BLACKROCK INC | B | Dividend | L | T | | | | | |
| 95. BOEING CO | A | Dividend | L | T | Buy | 05/24/13 | J | | |
| 96. | | | | | Buy | 06/10/13 | J | | |
| 97. | | | | | Buy | 06/26/13 | J | | |
| 98. BRISTOL-MYERS SQUIBB CO | C | Dividend | M | T | | | | | |
| 99. BROADCOM CORP | A | Dividend | K | T | Buy | 02/11/13 | J | | |
| 100. | | | | | Buy | 02/12/13 | J | | |
| 101. | | | | | Sold (part) | 11/04/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 103.  CAE INC US | A | Dividend | | | Sold (part) | 10/11/13 | J | A | |
| 104. | | | | | Sold (part) | 10/22/13 | J | A | |
| 105. | | | | | Sold (part) | 10/23/13 | J | A | |
| 106. | | | | | Sold (part) | 10/23/13 | J | A | |
| 107. | | | | | Sold | 10/24/13 | J | A | |
| 108.  CA HLTH FAC CEDAR-SINAI MED 5.0% 8/15/21 | D | Interest | M | T | | | | | |
| 109.  CA PUB WKS REGENTS UNIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 110.  CA ST ECON REC 09A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 111.  CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |
| 112.  CA ST GO NATL 5.0% 06/01/15 | D | Interest | M | T | | | | | |
| 113.  CA ST JOSEPHS HLTH HOSP CA-F AGM 5.25% 07/11/16 | D | Interest | M | T | | | | | |
| 114.  CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11/01/17 | C | Interest | M | T | | | | | |
| 115.  CA STWD ST JOSEPH HLTH FSA 4.5% 07/01/18 | D | Interest | M | T | | | | | |
| 116.  CALIFORNIA ST ECON REC 09A 5% 07/01/19 | C | Interest | M | T | | | | | |
| 117.  CARNIVAL CORP COMMON PAIRED STOCK | B | Dividend | L | T | Sold (part) | 05/01/13 | J | A | |
| 118.  CATERPILLAR INC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. CENOVUS ENERGY INC US$ | B | Dividend | | | Sold (part) | 10/28/13 | K | B | |
| 120. | | | | | Sold (part) | 12/11/13 | J | A | |
| 121. | | | | | Sold (part) | 12/11/13 | J | A | |
| 122. | | | | | Sold (part) | 12/12/13 | J | A | |
| 123. | | | | | Sold (part) | 12/12/13 | J | A | |
| 124. | | | | | Sold (part) | 12/13/13 | J | A | |
| 125. | | | | | Sold (part) | 12/16/13 | J | A | |
| 126. | | | | | Sold (part) | 12/17/13 | J | A | |
| 127. | | | | | Sold | 12/18/13 | J | A | |
| 128. CENTRAL VLY COGEN CARSON-ICE 3.5% 07/01/14 | D | Interest | M | T | | | | | |
| 129. CENTENE CORP | | None | L | T | | | | | |
| 130. CERNER CORP | | None | K | T | Sold (part) | 02/07/13 | J | C | |
| 131. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 132. CHARTER COMMUNICATIONS INC CL | | None | K | T | Buy | 06/19/13 | K | | |
| 133. CHEVRON CORP | B | Dividend | L | T | | | | | |
| 134. CME GROUP INC | B | Dividend | L | T | | | | | |
| 135. COACH INC | B | Dividend | L | T | Buy | 02/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy | 03/04/13 | J | | |
| 137. | | | | | Buy | 03/21/13 | J | | |
| 138. | | | | | Buy | 03/26/13 | J | | |
| 139. COBALT INTERNATIONAL ENERGY | | None | J | T | Sold (part) | 12/11/13 | J | A | |
| 140. COMCAST CORP CL A (NEW) | B | Dividend | M | T | | | | | |
| 141. CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 142. DAIMLER AG ADR | | None | K | T | Buy | 07/15/13 | J | | |
| 143. | | | | | Buy | 10/17/13 | J | | |
| 144. DANAHER CORP | A | Dividend | L | T | | | | | |
| 145. DARDEN RESTAURANTS INC | B | Dividend | K | T | Sold (part) | 04/30/13 | K | A | |
| 146. DELPHI AUTOMOTIVE PLC | A | Dividend | J | T | Buy | 07/03/13 | J | | |
| 147. DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 148. DOW CHEMICAL CO | A | Dividend | K | T | | | | | |
| 149. DRILL-QUIP | | None | | | Sold (part) | 07/11/13 | J | C | |
| 150. | | | | | Sold (part) | 07/16/13 | J | C | |
| 151. | | | | | Sold (part) | 07/23/13 | J | C | |
| 152. | | | | | Sold | 07/31/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. EAST BAY CA SER A1 SF VAR 06/01/2025 | A | Interest | J | T | | | | | |
| 154. EATON CORP PLC | C | Dividend | J | T | | | | | |
| 155. EBAY | | None | | | Donated | | | | |
| 156. ECOLAB INC | A | Dividend | | | Sold (part) | 07/01/13 | K | D | |
| 157. | | | | | Sold | 07/02/13 | K | D | |
| 158. EMERSON ELECTRIC CO | A | Dividend | K | T | Sold (part) | 10/21/13 | J | C | |
| 159. | | | | | Sold (part) | 10/22/13 | J | B | |
| 160. ENCANA CORP COM US$ | | None | | | Sold (part) | 01/11/13 | J | A | |
| 161. | | | | | Sold (part) | 01/14/13 | J | A | |
| 162. | | | | | Sold (part) | 01/14/13 | J | A | |
| 163. | | | | | Sold (part) | 01/15/13 | J | A | |
| 164. | | | | | Sold (part) | 01/16/13 | J | A | |
| 165. | | | | | Sold (part) | 01/17/13 | J | A | |
| 166. | | | | | Sold (part) | 01/17/13 | J | A | |
| 167. | | | | | Sold | 01/18/13 | J | A | |
| 168. ENSCO PLC-CL A | B | Dividend | K | T | Buy | 02/20/13 | J | | |
| 169. EOG RESOURCES INC | A | Dividend | K | T | Sold (part) | 02/08/13 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. AMERICAN FUNDS EUROPACIFIC GROWTH FUND | E | Dividend | P1 | T | Buy | 12/26/13 | K | | |
| 171. GENERAL ELECTRIC | A | Dividend | | | Sold | 07/12/13 | K | B | |
| 172. GENPACT LTD | | None | K | T | | | | | |
| 173. GILEAD SCIENCES | | None | M | T | Sold (part) | 04/30/13 | J | D | |
| 174. GOLDMAN SACHS GROUP INC | A | Dividend | L | T | Buy | 01/07/13 | J | | |
| 175. | | | | | Buy | 02/11/13 | J | | |
| 176. GOOGLE | | None | L | T | | | | | |
| 177. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | D | Interest | M | T | | | | | |
| 178. HALLIBURTON | A | Dividend | L | T | Buy | 01/11/13 | J | | |
| 179. | | | | | Buy | 06/26/13 | J | | |
| 180. | | | | | Buy | 06/28/13 | J | | |
| 181. | | | | | Buy | 07/01/13 | J | | |
| 182. HARRIS CO TX CHRISTUS HLTH A4 FSA ARC SF | A | Interest | | | Sold | 11/27/13 | M | A | |
| 183. HEXCEL CORP | | None | K | T | Buy | 09/17/13 | J | | |
| 184. | | | | | Buy | 09/18/13 | J | | |
| 185. HOME DEPOT INC | B | Dividend | M | T | Sold (part) | 10/21/13 | J | B | |
| 186. IDEX CORP | A | Dividend | J | T | Buy | 02/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | | | Sold (part) | 07/11/13 | K | E | |
| 188. | | | | | Sold | 07/12/13 | K | E | |
| 189. IRON MOUNTAIN INC | B | Dividend | K | T | | | | | |
| 190. IRONWOOD PHARMACEUTICALS INC CL A | | None | J | T | Buy | 01/29/13 | J | | |
| 191. | | | | | Buy | 01/30/13 | J | | |
| 192. | | | | | Buy | 01/31/13 | J | | |
| 193. | | | | | Buy | 02/01/13 | J | | |
| 194. | | | | | Buy | 02/04/13 | J | | |
| 195. | | | | | Buy | 02/05/13 | J | | |
| 196. | | | | | Buy | 02/11/13 | J | | |
| 197. | | | | | Buy | 02/21/13 | J | | |
| 198. | | | | | Buy | 02/22/13 | J | | |
| 199. | | | | | Buy | 02/27/13 | J | | |
| 200. | | | | | Buy | 03/05/13 | J | | |
| 201. | | | | | Buy | 03/18/13 | J | | |
| 202. | | | | | Buy | 03/20/13 | J | | |
| 203. | | | | | Buy | 05/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy | 05/20/13 | J | | |
| 205. | | | | | Sold (part) | 11/06/13 | J | A | |
| 206.  ISHARES US PREFERRED STOCK ETF | B | Dividend | | | Sold (part) | 02/08/13 | L | B | |
| 207. | | | | | Sold | 03/26/13 | K | A | |
| 208.  JABIL CIRCUIT INC | A | Dividend | K | T | | | | | |
| 209.  JACK HENRY & ASSOC INC | B | Dividend | L | T | | | | | |
| 210.  JP MORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 211.  KINDER MORGAN INC | B | Dividend | | | Sold (part) | 10/14/13 | K | A | |
| 212. | | | | | Sold | 10/14/13 | J | A | |
| 213.  KLA-TENCOR CORP | A | Dividend | | | Sold (part) | 10/21/13 | J | D | |
| 214. | | | | | Sold (part) | 10/21/13 | J | C | |
| 215. | | | | | Sold (part) | 10/22/13 | J | C | |
| 216. | | | | | Sold | 10/23/13 | J | C | |
| 217.  LA CO CA MTA SALES TAX REV D 5.0% 07/01/16 | C | Interest | | | Sold | 04/16/13 | M | D | |
| 218.  MARSH & MCLENNAN COS INC | B | Dividend | L | T | | | | | |
| 219.  MICROSOFT CORP | B | Dividend | K | T | Sold (part) | 01/10/13 | J | A | |
| 220. | | | | | Sold (part) | 03/19/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. MOSANTO CO NEW COM | B | Dividend | L | T | Sold (part) | 07/01/13 | J | C | |
| 222. | | | | | Sold (part) | 07/02/13 | J | C | |
| 223. MOSAIC CO/THE | A | Dividend | K | T | Buy | 07/11/13 | J | | |
| 224. | | | | | Sold (part) | 12/12/13 | J | A | |
| 225. | | | | | Sold (part) | 12/13/13 | J | A | |
| 226. NATIONAL GRID PLC - SP ADR | B | Dividend | K | T | | | | | |
| 227. AMERICAN FUNDS NEW WORLD FUND CL F2 | D | Dividend | O | T | Buy | 12/26/13 | J | | |
| 228. NEWELL RUBBERMAID INC | B | Dividend | M | T | Buy | 01/10/13 | J | | |
| 229. NIELSON HOLDINGS NV US$ | B | Dividend | M | T | Buy | 08/02/13 | J | | |
| 230. | | | | | Buy | 08/05/13 | J | | |
| 231. | | | | | Buy | 08/22/13 | J | | |
| 232. | | | | | Buy | 08/23/13 | J | | |
| 233. | | | | | Buy | 08/26/13 | J | | |
| 234. NIKE INC CL B | A | Dividend | K | T | Buy | 01/10/13 | J | | |
| 235. | | | | | Buy | 02/12/13 | J | | |
| 236. NOBLE ENERGY | A | Dividend | L | T | Buy | 06/07/13 | J | | |
| 237. NORFOLD SOUTHERN CORP | B | Dividend | L | T | Buy | 02/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 47

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  NOVO NORDISK A/S CL B ADR | A | Dividend | K | T | | | | | |
| 239.  NUCOR CORP | A | Dividend | K | T | | | | | |
| 240.  ORACLE CORP | A | Dividend | L | T | Sold (part) | 02/11/13 | J | A | |
| 241.  OR PROVIDENCE HLTH C SIFMA+100 FRN (MPT) | A | Interest | M | T | Buy | 09/12/13 | L | | |
| 242.  PEPSICO INC | A | Dividend | K | T | Sold (part) | 02/11/13 | J | B | |
| 243.  PFIZER INC | A | Dividend | K | T | Sold (part) | 02/13/13 | J | B | |
| 244.  PHILIP MORRIS INTERNATIONAL INC | B | Dividend | K | T | Sold (part) | 03/13/13 | J | B | |
| 245. | | | | | Sold (part) | 03/14/13 | J | C | |
| 246.  PROCTER & GAMBLE CO | A | Dividend | K | T | Buy | 03/12/13 | J | | |
| 247. | | | | | Buy | 03/13/13 | J | | |
| 248. | | | | | Buy | 05/15/13 | J | | |
| 249. | | | | | Buy | 05/16/13 | J | | |
| 250.  PROGRESSIVE CORP OHIO | A | Dividend | J | T | Sold (part) | 09/11/13 | K | D | |
| 251.  QUALCOMM INC | A | Dividend | K | T | Sold (part) | 02/08/13 | J | B | |
| 252.  REPUBLIC SERVICES INC | A | Dividend | | | Sold (part) | 10/16/13 | K | B | |
| 253. | | | | | Sold | 10/17/13 | J | A | |
| 254.  RIO TINTO PLC ADR SPON | A | Dividend | | | Sold | 06/10/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255.  ROSS STORES | A | Dividend | L | T | Buy | 09/11/13 | J | | |
| 256. | | | | | Buy | 09/12/13 | J | | |
| 257. | | | | | Buy | 09/13/13 | J | | |
| 258. | | | | | Buy | 09/16/13 | J | | |
| 259. | | | | | Buy | 10/03/13 | J | | |
| 260. | | | | | Buy | 10/04/13 | J | | |
| 261. | | | | | Buy | 10/08/13 | J | | |
| 262. | | | | | Buy | 10/29/13 | J | | |
| 263.  SAN DIEGO CA REGL AIRPORT A 5.0% 07/01/18 | C | Interest | M | T | | | | | |
| 264.  SAN DIEGO WTR 5.0% 07/01/16 | C | Interest | M | T | | | | | |
| 265.  SAN DIEGO WTR NATL FGIC 5.25% 05/01/17 | D | Interest | M | T | | | | | |
| 266.  SAN FRAN ARPT 2ND 06F NATL-FGIC 5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 267.  SCHLUMBERGER LTD | B | Dividend | L | T | Sold (part) | 10/24/13 | J | | |
| 268.  SCHWAB CHARLES NEW | A | Dividend | K | T | | | | | |
| 269.  SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 270.  SCPPA MEAD-ADELANTO 12A 5.0% 07/01/18 | D | Interest | M | T | | | | | |
| 271.  SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 272. SEATTLE GENETICS INC | | None | L | T | | | | | |
| 273. SIEMENS AG ADR | | None | K | T | Buy | 07/15/13 | K | | |
| 274. SIGNET JEWELERS LTD | A | Dividend | K | T | | | | | |
| 275. SIRIUS XM HOLDINGS INC | | None | K | T | Buy | 04/24/13 | K | | |
| 276. SO CA PUB PWR AUTH SF 6.0% 07/01/27 | D | Interest | | | Sold | 11/29/13 | M | E | |
| 277. STANLEY BLACK & DECKER INC | A | Dividend | | | Sold (part) | 04/05/13 | J | B | |
| 278. | | | | | Sold (part) | 04/08/13 | J | B | |
| 279. | | | | | Sold (part) | 04/08/13 | J | B | |
| 280. | | | | | Sold (part) | 04/09/13 | J | B | |
| 281. | | | | | Sold (part) | 04/10/13 | J | C | |
| 282. | | | | | Sold (part) | 04/11/13 | J | C | |
| 283. | | | | | Sold | 04/25/13 | J | A | |
| 284. STARBUCKS CORP | A | Dividend | K | T | | | | | |
| 285. TARGET | A | Dividend | K | T | Sold (part) | 05/13/13 | J | C | |
| 286. | | | | | Sold (part) | 08/14/13 | J | D | |
| 287. | | | | | Sold (part) | 08/15/13 | J | B | |
| 288. TE CONNETIVITY LTD US$ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. TEXAS INSTRUMENTS INC | B | Dividend | L | T | Buy | 03/15/13 | K | | |
| 290. THE WALT DISNEY CO | | None | | | Sold | 10/21/13 | J | C | |
| 291. TIFFANY & CO NEW | B | Dividend | L | T | Sold (part) | 08/23/13 | J | C | |
| 292. | | | | | Sold (part) | 08/23/13 | J | C | |
| 293. | | | | | Sold (part) | 08/26/13 | J | C | |
| 294. TIME WARNER CABLE INC | A | Dividend | | | Sold (part) | 05/06/13 | J | C | |
| 295. | | | | | Sold | 05/07/13 | J | C | |
| 296. TOWERS WATSON & COMPANY CL A | | None | K | T | Buy | 07/20/13 | K | | |
| 297. TUOLOMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 298. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 299. UNION PACIFIC CORP | A | Dividend | | | Sold | 02/08/13 | J | D | |
| 300. UNITED PARCEL SERVICE | | None | | | Sold | 01/14/13 | J | B | |
| 301. UNITED TECHNOLOGIES CORP | B | Dividend | L | T | | | | | |
| 302. UNITED HEALTH GROUP | A | Dividend | K | T | Sold (part) | 02/11/13 | J | D | |
| 303. VERISIGN INC | | None | L | T | Buy | 02/08/13 | K | | |
| 304. VERIZON | | None | K | T | Buy | 10/25/13 | K | | |
| 305. VISA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. WASTE CONNECTIONS INC | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 307. SSGA US GOV MONEY MARKET FUND | A | Dividend | N | T | | | | | |
| 308. TRUST #2 (4306) | | | | | | | | | |
| 309. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 12/24/13 | N | | |
| 310. CAPITAL GROUP (formerly American Funds) CA CORE MUNICIPAL FUND | D | Dividend | N | T | Sold (part) | 04/25/13 | J | | |
| 311. | | | | | Sold (part) | 07/25/13 | J | | |
| 312. | | | | | Sold (part) | 10/24/13 | J | | |
| 313. | | | | | Sold (part) | 12/18/13 | N | | |
| 314. CAPITAL GROUP (formerly American Funds) CORE MUNICIPAL FUND | D | Dividend | M | T | Sold (part) | 12/18/13 | M | | |
| 315. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F2 | D | Dividend | N | T | | | | | |
| 316. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | B | Dividend | M | T | | | | | |
| 317. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | D | Dividend | O | T | | | | | |
| 318. AMERICAN FUNDS GROWTH FUND OF AMERICA F2 | B | Dividend | N | T | Buy | 02/01/13 | M | | |
| 319. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F2 | C | Dividend | M | T | | | | | |
| 320. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | C | Dividend | N | T | Buy | 02/01/13 | M | | |
| 321. AMERICAN FUNDS NEW WORLD FUND CL F2 | C | Dividend | N | T | | | | | |
| 322. AMERICAN FUNDS SMALL CAP FUND CL F2 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. SSGA US GOVT MONEY MARKET FUND | A | Dividend | N | T | | | | | |
| 324. MS Brokerage Asset Acct. | | | | | | | | | |
| 325. Alhambra CA Sch Dist 3.0% 8/1/26 | C | Interest | L | T | | | | | |
| 326. Alvord CA Sch Dist 5.0% 8/1/27 | D | Interest | | | Distributed | 03/18/13 | N | | to Citi Account |
| 327. Aruba Network Service (X) | | None | L | T | | | | | |
| 328. Banning CA Sch Dist. 4.75% 8/1/23 | B | Interest | K | T | | | | | |
| 329. Belmont CA Fing Auth 4.0% 9/1/26 | C | Interest | M | T | | | | | |
| 330. Berkley CA Sch Dist. 3.875% 8/01/18 | D | Interest | | | Redeemed | 08/01/13 | M | B | |
| 331. Burbank CA Pub Fling 5.250% 12/1/17 | D | Interest | | | Redeemed | 12/02/13 | L | A | |
| 332. Buttonwillow CA Sch Dist 5.5% 11/1/27 | C | Interest | L | T | | | | | |
| 333. CA ST Dept Wtr 5.00% 5/1/21 | C | Interest | L | T | | | | | |
| 334. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |
| 335. Cal ST GO 4.500% 8/01/26 | E | Interest | | | Distributed | 03/18/13 | N | | to Citi Account |
| 336. CA ST GO 5.0% 8/1/27 | C | Interest | M | T | | | | | |
| 337. CA ST GO 4.75% 9/1/28 | B | Interest | L | T | | | | | |
| 338. Cal ST Pub Works 5.25% 12/1/26 | D | Interest | M | T | | | | | |
| 339. Cal ST Pub Works 4.0% 6/1/27 | | None | | | Distributed | 03/18/13 | N | | to Citi Account |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. CA ST Pub Works 5.25% 6/1/20 | C | Interest | L | T | | | | | |
| 341. CA ST Pub Works 4.200% 5/1/19 | C | Interest | M | T | | | | | |
| 342. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 343. Carmichael CA WTR Dist 5.0% 11/1/25 | B | Interest | L | T | | | | | |
| 344. Chino Hills CA Tax Rev 4.25% 9/1/24 | B | Interest | L | T | | | | | |
| 345. Chula Vista CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 346. Chula Vista CA Sch Dist 4.0% 8/1/26 | C | Interest | M | T | | | | | |
| 347. Coachella CA Sch Dist 5.000% 8/1/19 | C | Interest | L | T | | | | | |
| 348. Colton CA Sch Dist 3.25% 8/1/26 | C | Interest | L | T | | | | | |
| 349. Compton CA WTR Rev 5.625% 8/1/27 | D | Interest | L | T | | | | | |
| 350. Cupertino CA CTFS 3.0% 7/1/26 | C | Interest | M | T | | | | | |
| 351. Delano CA Sch Dist 4.000% 2/1/25 | C | Interest | M | T | | | | | |
| 352. Delano CA Sch Dist 4.5% 8/1/27 | C | Interest | L | T | | | | | |
| 353. Desert CA Cmuty Coll. 5.00% 8/1/23 | B | Interest | L | T | | | | | |
| 354. Dublin CA Sch Dist 4.125% 8/1/21 | D | Interest | | | Redeemed | 11/26/13 | M | A | |
| 355. Dublin CA Sch Dist 5.0% 8/1/25 | B | Interest | L | T | | | | | |
| 356. East Bay CA Util Dist. 5.000% 6/1/18 | B | Interest | | | Redeemed | 06/03/13 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. East Side Sch Dist 5.0% 8/1/24 | C | Interest | L | T | | | | | |
| 358. El Monte CA Sch Dist. 5.000% 6/1/22 | C | Interest | M | T | | | | | |
| 359. Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |
| 360. Fairfield CA Sch. Dist. 4.000% 8/7/27 | C | Interest | L | T | | | | | |
| 361. Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 362. Fremont CA Sch Dist 5.0% 8/1/25 | C | Interest | L | T | | | | | |
| 363. Fresno CA Sch Dist 5.25% 8/1/27 | C | Interest | | | Distributed | 04/18/13 | M | | to Citi Account |
| 364. Fresno CA Sch Dist 3.5% 8/1/26 | B | Interest | | | Distributed | 04/18/13 | M | | to Citi Account |
| 365. Gilroy CA Fing Auth. 4.000% 11/01/24 | C | Interest | | | Distributed | 04/18/13 | M | | to Citi Account |
| 366. Hemet CA Sch Dist 4.0% 8/1/23 | C | Interest | M | T | | | | | |
| 367. Hollister CA Fing Auth. 5.000% 6/01/25 | | None | | | Distributed | 04/18/13 | L | | to Citi Account |
| 368. Huntington Beach CA Pub Fing 5.0% 9/1/25 | C | Interest | M | T | | | | | |
| 369. Imperial CNTY CA Sch Dist 3.25% 6/1/23 | B | Interest | L | T | | | | | |
| 370. Infoblox | | None | L | T | Buy | 03/28/13 | K | | |
| 371. Jefferson CA Sch Dist. 5.000% 8/1/26 | C | Interest | M | T | | | | | |
| 372. Jefferson CA Sch Dist 5.0% 7/15/26 | C | Interest | M | T | | | | | |
| 373. Kern CNTY CA Wtr Dist 5.0% 5/1/28 | | None | | | Distributed | 03/18/13 | M | | to Citi Account |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. Lake Arrowhead CA Dist Wtr 4.500% 10/1/26 | C | Interest | L | T | | | | | |
| 375. Liberty CA High Sch 4.250% 8/1/26 | B | Interest | L | T | | | | | |
| 376. Lincoln CA Sch Dist. 4.500% 8/1/19 | D | Interest | M | T | | | | | |
| 377. Lodi CA Elec Sys 4.5% 7/1/25 | C | Interest | L | T | | | | | |
| 378. Los Angeles CA Comm College 5.0% 8/1/26 | B | Interest | K | T | | | | | |
| 379. Los Angeles CA DWP 5.0% 7/1/26 | D | Interest | M | T | | | | | |
| 380. Los Angeles CA Sch Dist 4.75% 7/1/25 | C | Interest | M | T | | | | | |
| 381. Los Angeles CA Sch Dist. 4.50% 7/1/22 | B | Interest | L | T | | | | | |
| 382. Madera Co CTFS 4.250% 8/1/22 | C | Interest | L | T | | | | | |
| 383. Malibu CA CTFS 4.5% 7/1/27 | C | Interest | M | T | | | | | |
| 384. Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 385. Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 386. Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |
| 387. Oceanside CA Sch Dist 4.5% 8/1/28 | C | Interest | | | Distributed | 03/18/13 | M | | to Citi Account |
| 388. Oxnard CA Fing Auth. 4.750% 6/1/24 | D | Interest | M | T | | | | | |
| 389. Palmdale CA Redev Agy 3.800% 9/1/16 | D | Interest | M | T | | | | | |
| 390. Palm Desert CTFS 5.00% 4/01/22 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. Pasadena CA CTFS 5.0% 2/1/24 | C | Interest | M | T | | | | | |
| 392. Pasadena CA Elec Rev 4.0% 8/1/24 | B | Interest | L | T | | | | | |
| 393. Placentia-Yorba Linda CA Sch Dist 2.75% 8/1/26 | B | Interest | L | T | | | | | |
| 394. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | | | | | |
| 395. Redding CA Elec Sys 5.0% 6/1/27 | B | Interest | L | T | | | | | |
| 396. Redlands CA Sch Dist. 5.000% 7/1/25 | D | Interest | M | T | | | | | |
| 397. Redondo Beach CA Sch Dist 4.0% 8/1/25 | C | Interest | M | T | | | | | |
| 398. Redwood City CA Sch Dist 3.0% 8/1/26 | B | Interest | | | Distributed | 03/18/13 | M | | to Citi Account |
| 399. Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |
| 400. Ruckus Wireless Inc. | | None | K | T | Buy | 06/21/13 | J | | |
| 401. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 402. Sarcramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 403. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | M | T | | | | | |
| 404. San Diego PFFA 5.0% 10/15/25 | C | Interest | M | T | Buy | 07/22/13 | M | | |
| 405. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 406. San Diego CA Sch Dist 5.5% 7/1/24 | D | Interest | M | T | | | | | |
| 407. San Diego CNTY CA Regl Trans 5.0% 4/1/29 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. San Francisco CA Pub Util 5.0% 11/1/25 | C | Interest | M | T | | | | | |
| 409. San Francisco CA Pub Util 5.0% 11/1/26 | C | Interest | L | T | | | | | |
| 410. San Gabriel CA Sch Dist 5.25% 8/1/24 | D | Interest | M | T | | | | | |
| 411. San Juan CA Sch Dist 5.0% 8/1/25 | B | Interest | L | T | Buy | 08/01/13 | L | | |
| 412. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | M | T | | | | | |
| 413. San Leandro CA Sch Dist 4.5% 8/1/26 | C | Interest | L | T | | | | | |
| 414. San Luis Obispo CA CAP IMPR 4.0% 12/1/27 | | None | | | Distributed | 03/18/13 | M | | to Citi Account |
| 415. Santa Clara CA Sch Dist 3.500% 7/1/24 | C | Interest | | | Distributed | 03/18/13 | M | | to Citi Account |
| 416. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 417. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 418. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 419. Santa Rosa CA Wtr Rev 5.0% 9/1/26 | D | Interest | M | T | | | | | |
| 420. So Cal Logistics 4.125% 12/1/20 | C | Interest | L | T | | | | | |
| 421. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 422. So Gate CA fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |
| 423. Stockton CA Sch Dist 5.000% 8/1/24 | B | Interest | | | Distributed | 03/18/13 | L | | to Citi Account |
| 424. The Pantry common stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 425. Tracy CA Jt Powers 4.200% 9/2/17 | B | Interest | K | T | | | | | |
| 426. Turlock CA Pub Fing 4.300% 9/15/16 | B | Interest | | | Redeemed | 09/16/13 | K | A | |
| 427. Western Riverside WTR 4.250% 9/1/21 | C | Interest | L | T | | | | | |
| 428. Yountville CA Fin Auth 4.375% 10/1/24 | B | Interest | L | T | | | | | |
| 429. Yosemite CA Comm. College 5.0% 8/1/25 | B | Interest | M | T | Buy | 05/29/13 | M | | |
| 430. MS Bank Deposit | A | Interest | J | T | | | | | |
| 431. FS Equity Partners IV | | | | | | | | | |
| 432. Sur La Table | | None | M | U | | | | | |
| 433. Ross-Simmons | | None | M | U | | | | | |
| 434. FS Equity Partners V | | | | | | | | | |
| 435. H.H. Gregg Inc common stock | | None | N | U | | | | | |
| 436. Smile Brands (formerly Bright Now) Inc common stock | | None | N | U | | | | | |
| 437. PETCO Animal Supply common stock | | None | N | U | | | | | |
| 438. El Pollo Loco Inc common stock | | None | N | U | | | | | |
| 439. FS Equity Partners VI | | | | | | | | | |
| 440. Paradise Holdings common stock | G | Dividend | N | U | | | | | |
| 441. BECO Holding Co common stock | | None | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 47

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

07/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. Floor and Decor common stock | G | Dividend | O | U | | | | | |
| 443. Boot Barn common stock | | None | N | U | | | | | |
| 444. First Watch common stock | | None | N | U | | | | | |
| 445. MicroStar Common Stock | | None | O | U | Sold (part) | 03/20/13 | M | | |
| 446. Arhaus Common Stock | | None | O | U | Buy | 12/30/13 | O | | |
| 447. Riordan Venture Association | | | | | | | | | |
| 448. Cymetrix Corp common stock | | None | J | U | | | | | |
| 449. Installer's Edge (formerly Saebro Inc) common stock | | None | J | U | | | | | |
| 450. TW Holdings common stock | | None | J | U | | | | | |
| 451. Cyber Coders Holdings common stock | | None | | | Sold | 12/31/13 | K | C | |
| 452. Avella, Inc. (formerly Apothecary Shops) preferred stock | | None | J | U | | | | | |
| 453. Secure Mission Solutions LLC | | None | K | U | | | | | |
| 454. ONE Industries common stock | | None | J | U | | | | | |
| 455. Bluewolf Group LLC | | None | K | U | | | | | |
| 456. Siteworx | | None | J | U | | | | | |
| 457. Chartis Group | | None | J | U | | | | | |
| 458. RGM Group | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. DCRX Infusion | | None | J | U | | | | | |
| 460. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 461. MS Retire Accts (401k-profit) | | | | | | | | | |
| 462. Invesco Pacific Growth Fund | B | Dividend | M | T | | | | | |
| 463. MSDW Liquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 464. Hewlett Packard common stock | A | Dividend | K | T | | | | | |
| 465. Proctor & Gamble common stock | C | Dividend | M | T | | | | | |
| 466. Altria Group common stock | B | Dividend | K | T | | | | | |
| 467. Cisco Sys common stock | B | Dividend | K | T | | | | | |
| 468. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 469. Mondelez Int'l common stock | A | Dividend | J | T | | | | | |
| 470. Philip Morris | B | Dividend | K | T | | | | | |
| 471. Invesco Div. Growth Fund | C | Dividend | M | T | | | | | |
| 472. American Funds New World Fund | C | Dividend | O | T | Buy | 01/03/13 | K | | |
| 473. | | | | | Buy | 01/22/13 | K | | |
| 474. R&M Encelle Partners (Partnership Interest) | | None | | | Sold | 12/18/13 | J | | |
| 475. Trust #3 (M/S UTM-K) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. General Elec common stock | A | Dividend | J | T | | | | | |
| 477. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 478. TRUST 44 (IR-W) | | | | | | | | | |
| 479. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 12/24/13 | N | | |
| 480. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 01/22/13 | M | | |
| 481. | | | | | Buy | 03/07/13 | M | | |
| 482. | | | | | Buy | 04/24/13 | M | | |
| 483. | | | | | Buy | 06/28/13 | M | | |
| 484. | | | | | Buy | 08/02/13 | M | | |
| 485. | | | | | Sold (part) | 10/24/13 | J | | |
| 486. | | | | | Sold (part) | 12/18/13 | J | | |
| 487. CAPITAL GROUP (formerly American Funds) CAPITAL CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/22/13 | K | | |
| 488. | | | | | Buy | 03/07/13 | K | | |
| 489. | | | | | Buy | 04/24/13 | K | | |
| 490. | | | | | Buy | 06/28/13 | K | | |
| 491. | | | | | Buy | 08/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 47

**Name of Person Reporting**

Wardlaw, Kim M.

**Date of Report**

07/17/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. | | | | | Sold (part) | 12/18/13 | J | | |
| 493. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F2 | C | Dividend | M | T | Buy | 01/22/13 | J | | |
| 494. | | | | | Buy | 03/07/13 | J | | |
| 495. | | | | | Buy | 04/24/13 | J | | |
| 496. | | | | | Buy | 06/28/13 | J | | |
| 497. | | | | | Buy | 08/02/13 | J | | |
| 498. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL | D | Dividend | N | T | Buy | 01/22/13 | K | | |
| 499. | | | | | Buy | 03/07/13 | K | | |
| 500. | | | | | Buy | 04/24/13 | K | | |
| 501. | | | | | Buy | 06/28/13 | K | | |
| 502. | | | | | Buy | 08/02/13 | K | | |
| 503. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | B | Dividend | M | T | Buy | 01/22/13 | J | | |
| 504. | | | | | Buy | 03/07/13 | J | | |
| 505. | | | | | Buy | 04/24/13 | J | | |
| 506. | | | | | Buy | 06/28/13 | J | | |
| 507. | | | | | Buy | 08/02/13 | J | | |
| 508. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | D | Dividend | N | T | Buy | 01/22/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. | | | | | Buy | 03/07/13 | L | | |
| 510. | | | | | Buy | 04/24/13 | L | | |
| 511. | | | | | Buy | 06/28/13 | L | | |
| 512. | | | | | Buy | 08/02/13 | L | | |
| 513. AMERICAN FUNDS GROWTH FUND OF AMERICA F2 | B | Dividend | N | T | Buy | 01/22/13 | L | | |
| 514. | | | | | Buy | 03/07/13 | L | | |
| 515. | | | | | Buy | 04/24/13 | L | | |
| 516. | | | | | Buy | 06/28/13 | L | | |
| 517. | | | | | Buy | 08/02/13 | L | | |
| 518. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | | None | | | Sold (part) | 01/22/13 | J | | |
| 519. | | | | | Sold (part) | 03/07/13 | J | | |
| 520. | | | | | Sold (part) | 04/24/13 | J | | |
| 521. | | | | | Sold (part) | 06/28/13 | J | | |
| 522. | | | | | Sold | 08/02/13 | J | | |
| 523. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | B | Dividend | N | T | Buy | 01/22/13 | K | | |
| 524. | | | | | Buy | 03/07/13 | K | | |
| 525. | | | | | Buy | 04/24/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 47

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. | | | | | Buy | 06/28/13 | K | | |
| 527. | | | | | Buy | 08/02/13 | K | | |
| 528. AMERICAN FUNDS NEW WORLD FUND CL F2 | C | Dividend | N | T | Buy | 01/22/13 | K | | |
| 529. | | | | | Buy | 03/07/13 | K | | |
| 530. | | | | | Buy | 04/24/13 | K | | |
| 531. | | | | | Buy | 06/28/13 | L | | |
| 532. | | | | | Buy | 08/02/13 | K | | |
| 533. AMERICAN FUNDS SMALL CAP WORLD FUND CL F2 | | None | M | T | Buy | 01/22/13 | K | | |
| 534. | | | | | Buy | 03/07/13 | K | | |
| 535. | | | | | Buy | 04/24/13 | K | | |
| 536. | | | | | Buy | 06/28/13 | K | | |
| 537. | | | | | Buy | 08/02/13 | K | | |
| 538. American Funds Cash Mgmt Trust of America | | None | J | T | | | | | |
| 539. Trust #5 (IR-K) | | | | | | | | | |
| 540. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | O | T | Buy | 12/24/13 | N | | |
| 541. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 01/22/13 | M | | |
| 542. | | | | | Buy | 03/07/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 36 of 47

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/17/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. | | | | | Buy | 04/24/13 | M | | |
| 544. | | | | | Buy | 06/28/13 | M | | |
| 545. | | | | | Buy | 08/02/13 | M | | |
| 546. | | | | | Sold (part) | 10/24/13 | J | A | |
| 547. | | | | | Sold (part) | 12/18/13 | N | A | |
| 548. CAPITAL GROUP (formerly American Funds) CAPITAL CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/22/13 | M | | |
| 549. | | | | | Buy | 03/07/13 | K | | |
| 550. | | | | | Buy | 04/24/13 | K | | |
| 551. | | | | | Buy | 06/28/13 | K | | |
| 552. | | | | | Buy | 08/02/13 | L | | |
| 553. | | | | | Sold (part) | 12/18/13 | M | A | |
| 554. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F2 | C | Dividend | M | T | Buy | 01/22/13 | J | | |
| 555. | | | | | Buy | 03/07/13 | J | | |
| 556. | | | | | Buy | 04/24/13 | J | | |
| 557. | | | | | Buy | 06/28/13 | J | | |
| 558. | | | | | Buy | 08/02/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 07/17/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME FD CL | D | Dividend | N | T | Buy | 03/07/13 | K | | |
| 560. | | | | | Buy | 04/24/13 | K | | |
| 561. | | | | | Buy | 04/28/13 | K | | |
| 562. | | | | | Buy | 08/02/13 | K | | |
| 563. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | B | Dividend | M | T | Buy | 03/07/13 | J | | |
| 564. | | | | | Buy | 04/24/13 | J | | |
| 565. | | | | | Buy | 06/28/13 | J | | |
| 566. | | | | | Buy | 08/02/13 | J | | |
| 567. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F2 | D | Dividend | N | T | Buy | 01/22/13 | L | | |
| 568. | | | | | Buy | 03/07/13 | L | | |
| 569. | | | | | Buy | 04/24/13 | L | | |
| 570. | | | | | Buy | 06/28/13 | L | | |
| 571. | | | | | Buy | 08/02/13 | L | | |
| 572. AMERICAN FUNDS GROWTH FUND OF AMERICA F2 | B | Dividend | N | T | Buy | 01/22/13 | L | | |
| 573. | | | | | Buy | 03/07/13 | L | | |
| 574. | | | | | Buy | 04/24/13 | L | | |
| 575. | | | | | Buy | 06/28/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 576. | | | | | Buy | 08/02/13 | L | | |
| 577. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F2 | | None | | | Sold (part) | 01/22/13 | J | A | |
| 578. | | | | | Sold (part) | 03/07/13 | J | A | |
| 579. | | | | | Sold (part) | 04/24/13 | J | B | |
| 580. | | | | | Sold (part) | 06/28/13 | J | B | |
| 581. | | | | | Sold | 12/18/13 | J | A | |
| 582. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F2 | C | Dividend | N | T | Buy | 01/22/13 | K | | |
| 583. | | | | | Buy | 03/07/13 | K | | |
| 584. | | | | | Buy | 04/24/13 | K | | |
| 585. | | | | | Buy | 06/28/13 | K | | |
| 586. | | | | | Buy | 08/02/13 | K | | |
| 587. AMERICAN FUNDS NEW WORLD FUND CL F2 | C | Dividend | N | T | Buy | 01/22/13 | K | | |
| 588. | | | | | Buy | 03/07/13 | K | | |
| 589. | | | | | Buy | 04/24/13 | K | | |
| 590. | | | | | Buy | 06/28/13 | L | | |
| 591. | | | | | Buy | 08/02/13 | K | | |
| 592. AMERICAN FUNDS SMALL CAP WORLD FUND CL F2 | | None | M | T | Buy | 01/22/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 593. | | | | | Buy | 03/07/13 | K | | |
| 594. | | | | | Buy | 04/24/13 | K | | |
| 595. | | | | | Buy | 06/28/13 | K | | |
| 596. | | | | | Buy | 08/02/13 | K | | |
| 597. AMERICAN FUNDS Cash Mgmt Trust of America | | None | J | T | | | | | |
| 598. Trust #6 (98-W) | | | | | | | | | |
| 599. Invesco Divident Growth | B | Dividend | L | T | | | | | |
| 600. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 601. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 602. HH Gregg Inc common stock | | None | J | U | | | | | |
| 603. Smile Brands (formerly Bright Now Inc) common stock | | None | J | U | | | | | |
| 604. PETCO Annimal Supply common stock | | None | J | U | | | | | |
| 605. El Pollo Loco common stock | | None | J | U | | | | | |
| 606. Capital Group Alternative Strategies Fund | | None | O | T | Buy | 12/24/13 | N | | |
| 607. Capital Groups (fka American Funds Capital) Calif. Core Municipal Fund | D | Dividend | N | T | Sold (part) | 12/18/13 | N | | |
| 608. Capital Groups (formerly American Funds Capital) Core Municipal Fund | D | Dividend | M | T | Sold (part) | 12/18/13 | M | | |
| 609. American Funds Capital Income Builder Inc CL F2 | D | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. American Funds EuroPacific Growth Fund CL F2 | B | Dividend | M | T | | | | | |
| 611. American Funds Fundamental Investors Inc CL F2 | D | Dividend | O | T | | | | | |
| 612. American Funds Growth Fund of America Inc CL R5 | B | Dividend | N | T | | | | | |
| 613. American Funds Investment Company of America CL F2 | C | Dividend | M | T | | | | | |
| 614. American Funds New Perspective Fund CL F2 | C | Dividend | N | T | Buy | 02/01/13 | M | | |
| 615. American Funds New World Fund CL F2 | C | Dividend | N | T | | | | | |
| 616. American Funds SmallCap World Fund CL F2' | | None | L | T | | | | | |
| 617. American Funds Cash Mgmt Trust of America | | None | J | T | | | | | |
| 618. Trust #7 (98-K) | | | | | | | | | |
| 619. Invesco Dividend Growth | B | Dividend | L | T | | | | | |
| 620. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 621. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 622. HH Gregg Inc common stock | | None | J | U | | | | | |
| 623. Smile Brands (formerly Bright Now Inc) common stock | | None | J | U | | | | | |
| 624. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 625. El Pollo Loco common stock | | None | J | U | | | | | |
| 626. Capital Group Alternative Strategies Fund | | None | O | T | Buy | 12/24/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 627. Capital Group (fka American Funds Capital) California Core Muni Fund | D | Dividend | N | T | Sold (part) | 12/18/13 | N | | |
| 628. Capital Group (formerly American Funds Capital) Core Municipal Fund | D | Dividend | M | T | Sold (part) | 12/18/13 | M | | |
| 629. American Funds Capital Income Builder Inc CL F2 | D | Dividend | N | T | | | | | |
| 630. American Funds EuroPacific Growth Fund CL F2 | B | Dividend | M | T | | | | | |
| 631. American Funds Fundamental Investors Inc CL F2 | D | Dividend | O | T | | | | | |
| 632. American Funds Growth Fund of America Inc CL R5 | B | Dividend | N | T | | | | | |
| 633. American Funds Investment Company of America CL F2 | C | Dividend | M | T | | | | | |
| 634. American Funds New Perspective Fund CL F2 | C | Dividend | N | T | Buy | 02/01/13 | M | | |
| 635. American Funds New World Fund CL F2 | C | Dividend | N | T | | | | | |
| 636. American Funds SmallCap World Fund LC F2 | | None | L | T | | | | | |
| 637. American Funds Cash Mgmt Trust of America | | None | J | T | | | | | |
| 638. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 639. Real Estate Partnership - W.O. | | None | | | Sold | 07/09/13 | P1 | G | |
| 640. Real Estate Partnership - Lau W | | None | M | U | Buy | 02/21/13 | K | | |
| 641. Dorset Capital Partnership Invest | A | Interest | | | Sold | 12/31/13 | J | | |
| 642. Citibank Money Market Fund | C | Interest | N | T | | | | | |
| 643. Citibank Checking | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 644. Citibank Checking | A | Interest | L | T | | | | | |
| 645. Fargo Investment Partnership | | None | M | U | Sold (part) | 12/19/13 | J | A | |
| 646. JRK Multifamily LP | | None | N | U | | | | | |
| 647. Urban Housing Investment Fund | | None | L | U | | | | | |
| 648. JP Morgan Account | | | | | | | | | |
| 649. Bluebay Emerging Market Fund | | None | O | T | | | | | |
| 650. Gavea Fund | | None | P1 | T | | | | | |
| 651. Global Access Explorer Fund | | None | P1 | T | | | | | |
| 652. Maverick Fund | | None | O | T | | | | | |
| 653. York Credit Opportunity Fund | | None | P1 | T | | | | | |
| 654. Blackstone Real Estate Fund | | None | O | T | | | | | |
| 655. JPM Realty Income Fund | C | Dividend | M | T | | | | | |
| 656. BNP Brent CBEN 11/16/13 | | None | | | Matured | 11/16/13 | M | E | |
| 657. IPath-UBS Commodity Index Fund | | None | M | T | | | | | |
| 658. SPDR Gold Trust | | None | | | Sold | 11/01/13 | L | | |
| 659. Soc. Generale Gold Lev CBEN 10/2/14 | | None | L | T | Buy | 03/27/13 | M | | |
| 660. Soc. Generale Lev Cont Bank 1/14/15 | | None | M | T | Buy | 11/20/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661.  JPM STRAT Income Fund | A | Dividend | N | T | Buy | 11/06/13 | N | | |
| 662.  JPM Mort-Backed Fund | D | Dividend | L | T | Sold (part) | 11/01/13 | M | | |
| 663.  JP Morgan Floating Rate Fund | D | Dividend | N | T | | | | | |
| 664.  GS MXN Note 12/23/13 | | None | | | Matured | 12/23/13 | L | | |
| 665.  Brevan Howard Emerging Market Fund | | None | N | T | | | | | |
| 666.  JP Morgan Tri Ex Fund | A | Dividend | L | T | | | | | |
| 667.  Soc. Generale PIMS 2/3/14 | | None | L | T | Buy | 04/28/13 | L | | |
| 668.  Citi Acct | | | | | | | | | |
| 669.  Alvord CA5R Dist 5.0% 8/1/27 | D | Interest | N | T | Distributed | 03/18/13 | N | | From MS Brokerage |
| 670.  Cal ST GO 4.5% 8/1/26 | D | Interest | N | T | Distributed | 03/18/13 | N | | From MS Brokerage |
| 671.  Cal ST Pub Works 4.0% 6/1/27 | D | Interest | N | T | Distributed | 03/18/13 | N | | From MS Brokerage |
| 672.  Fresno CA Sch Dist 5.25% 8/1/27 | C | Interest | M | T | Distributed | 04/18/13 | M | | From MS Brokerage |
| 673.  Fresno CA Sch Dist 3.5% 8/1/26 | B | Interest | M | T | Distributed | 04/18/13 | M | | From MS Brokerage |
| 674.  Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | Distributed | 04/18/13 | M | | From MS Brokerage |
| 675.  Hollister CA Fing Auth 5.0% 6/1/25 | C | Interest | L | T | Distributed | 04/18/13 | L | | From MS Brokerage |
| 676.  Kern Cnty CA Wtr Dist. 5.0% 5/1/28 | D | Interest | M | T | Distributed | 03/18/13 | M | | From MS Brokerage |
| 677.  Oceanside CA Sch Dist 4.5% 8/1/28 | C | Interest | M | T | Distributed | 03/18/13 | M | | From MS Brokerage |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. Redwood City CA Sch Dist 3.0% 8/1/26 | B | Interest | M | T | Distributed | 03/18/13 | M | | From MS Brokerage |
| 679. San Luis Obispo CA CAP IMPR 4.0% 12/1/27 | D | Interest | M | T | Distributed | 03/18/13 | M | | From MS Brokerage |
| 680. Santa Clara CA Sch Dist 3.5% 7/1/24 | C | Interest | M | T | Distributed | 03/18/13 | M | | From MS Brokerage |
| 681. Stockton CA Sch Dist 5.0% 8/1/24 | B | Interest | L | T | Distributed | 03/18/13 | L | | From MS Brokerage |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 45 of 47

Name of Person Reporting

Wardlaw, Kim M.

Date of Report

07/17/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1, IRA covers line 2 through 7

Line 8, Trust 1 covers line 9

Line 10, Schwab Pension Acct (IRA) covers line 11 through 67

Line 68, Capital Trust Account covers line 69 through 553

Line 554, MS Brokerage Asset Acct covers line 555 through 618

Line 619, MS Bank Deposit covers line 619

Line 620, FS Equity Partners IV covers line 621 through 622

Line 623, FS Equity Partners V covers line 624 through 631

Line 632, FS Equity Partners VI covers line 633 through 637

Line 638, Riordan Venture Assoc. (L.P. Int.) covers line 639 through 651

Line 652, Bistro 45 common stock covers line 652

Line 653, MS Retire Accts (401k-profit) covers line 654 through 664

Line 665, R&M Encelle Partners (Partnership Interest) covers line 665

Line 666, Trust #3 (M/S UTM-K) covers line 667 through 668

Line 669, Trust #4 (IR-W) covers line 670 through 684

Line 685, Trust #5 (IR-K) covers line 686 through 700

Line 701, Trust #6 (98-W) covers line 702 through 728

Line 729, Trust #7 (98-K) covers line 730 through 756

Line 757, Real Estate Partnership - Lau, covers line 757

Line 758, Real Estate Partnership - W.O., covers line 758

Line 759, Real Estate Partnership - Lau W, covers line 759

Line 760, Dorset Capital Partnership Invest covers line 760

Line 761, Citibank Money Market Fund covers line 761

Line 762, Citibank Checking covers line 762

Line 763, Citibank Checking covers line 763

Line 764, Fargo Investment Partnership covers line 764 through 765

Line 766, Bulldog Partners I, covers line 766

Line 767, Bulldog Partners II, covers line 767

Line 768, Regents Banshares, covers line 768

Line 769, JRK Multifamily LP covers line 769

Line 770, Clean Diesel Tech, Inc. Common Stock covers line 770

Line 771, Urban Housing Investment Fund line 771

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Note:  Lines 386, 435 are stock splits.  I could not show a stock split as there was no option under Column D(1).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kim M. Wardlaw**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544